UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEROME RASHAD BENAMON #19802-043** | **CIVIL ACTION NO. 25-1420 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **AMY M BOULWARE ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

Before the Court is the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 7) and the Objection filed by Petitioner JEROME RASHAD BENAMON (R. Doc. 8). After conducting a de novo review of the record, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (R. Doc. 5) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, and the Emergency Motion to Expedite (R. Doc. 2) is **DENIED AS MOOT.**

THUS ORDERED AND SIGNED in Chambers this 30th day of December, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT